IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
Elvira Rubino-Pfeifer,                )          Case No. 23-20010 JAD
          Debtor(s)                   )          Chapter 13
                                      )          Document No.
                                      )
                                      )
Elvira Rubino-Pfeifer,                )          Related to Doc. #13
          Movant(s)                   )
                                      )
          Vs.                         )
                                      )
No Respondent(s)                      )

**ORDER OF COURT**

AND NOW, to wit, this ____17th____ day of _____January_____, 2023, it

is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Elvira Rubino-

Pfeifer, is hereby granted an extension until January 31, 2023 to file the completed

Chapter 13 petition and plan in this case.

_____  sjk
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
1/17/23 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 23-20010-JAD

Elvira Rubino-Pfeifer                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                      Page 1 of 2
Date Rcvd: Jan 17, 2023                       Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

**Recip ID**            **Recipient Name and Address**
db                  +   Elvira Rubino-Pfeifer, 2347 Linden St., Aliquippa, PA 15001-2329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
                                      on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Kenneth Steidl
                                      on behalf of Debtor Elvira Rubino-Pfeifer julie.steidl@steidl-steinberg.com
                                      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                                      eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
                                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                      cmecf@chapter13trusteewdpa.com

District/off: 0315-2                        User: auto                                Page 2 of 2
Date Rcvd: Jan 17, 2023            Form ID: pdf900                          Total Noticed: 1
TOTAL: 5