**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Elvira Rubino-Pfeifer, | ) | Case No. 23-20010 JAD |
| Debtor(s) | ) | Chapter 13 |
| | ) | Document No. |
| | ) | |
| | ) | |
| Elvira Rubino-Pfeifer, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

CCS
725 Canton St.
Norwood, MA 02062

Commercial Acceptance
2300 Gettysburg Road
Camp Hill, PA 17011-7303

Credit Collections
16 Distributor Drive Suite 1
Morgantown, WV 26501

Heritage Valley Beaver
P.O. Box 536371
Philadelphia, PA 19182

Kohls/Capital One
PO Box 2983
Milwaukee, WI 53201

Monroe & Main
1112 7th Avenue
Monroe, WI 53566-1364

Municipal Water Authority of Aliquippa
140 Bet Tech Drive
Aliquippa, PA 15001

One Main Financial
P.O. Box 183172
Columbus, OH 43218-3172

OneMain Financial
Po Box 1010
Evansville, IN 47706

Synchrony Bank/Care Credit
PO Box 965060
Attn: Bankruptcy
Orlando, FL 32896-5060


Date: <u>January 31, 2023</u>         <u>/s/ Kenneth Steidl</u>
Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No.34965