IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No. 23-20010 JAD |
| Elvira Rubino-Pfeifer, ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Hearing Date and Time: |
| ) | June 15, 2023 at 9:00 a.m. |

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED MAY 1, 2023 and NOTICE OF PROPOSED MODIFICATION TO PLAN DATED JANUARY 24, 2023

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) <u>April 19, 2023</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                  Respectfully submitted,

<u>May 1, 2023</u>                                      <u>/s/ Kenneth Steidl</u>
DATE                                                Kenneth Steidl, Esquire
                                                    Attorney for the Debtor(s)
                                                    STEIDL & STEINBERG
                                                    Suite 2830 – Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    ken.steidl@steidl-steinberg.com
                                                    PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-20010-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May  1 15:27:52 EDT 2023 | CCS<br>725 Canton St.<br>Norwood, MA 02062-2679 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Commercial Acceptance<br>2300 Gettysburg Road<br>Camp Hill, PA 17011-7303 | Credit Collections<br>16 Distributor Drive Suite 1<br>Morgantown, WV 26501-7209 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| (p)KERI EBECK<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 | Heritage Valley Beaver<br>P.O. Box 536371<br>Philadelphia, PA 19182-0001 | Jeffrey Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohls/Capital One<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Monroe & Main<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Municipal Water Authority of Aliquippa<br>140 Bet Tech Drive<br>Aliquippa, PA 15001-3599 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | One Main Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company<br>P.O. Box 371820<br>Pittsburgh, PA 15250-7820 |
| Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | Rocket Mortgage, LLC f/k/a Quicken Loans<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit  MI 48226-3408 |
| Elvira Rubino-Pfeifer<br>2347 Linden St.<br>Aliquippa, PA 15001-2329 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

```
Synchrony Bank/Care Credit           Ronda J. Winnecour
PO Box 965060                        Suite 3250, USX Tower
Attn: Bankruptcy                     600 Grant Street
Orlando, FL 32896-5060               Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Keri P. Ebeck                        Jefferson Capital Systems LLC
Bernstein-Burkley                    Po Box 7999
601 Grant Street, 9th Floor          Saint Cloud MN 56302-9617
Pittsburgh, PA 15219
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company            (d)Peoples Natural Gas Company LLC      (u)Rocket Mortgage, LLC f/k/a Quicken Loans,
c/o Bernstein-Burkley, P.C.          GRB Law
601 Grant Street, 9th Floor          c/o Jeffrey R. Hunt, Esquire
Pittsburgh, PA 15219-4430            525 William Penn Place, Suite 3110
                                     Pittsburgh, PA 15219-1753
```

```
End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34
```